UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
12/6/07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

SHAMARO SHERRI NORRIS

Case No. 3:07-cr-332-J-32JRK
Cts. 1-2: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
Forfeiture 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

### A. Introduction

At times material to this Indictment:

1. SHAMARO SHERRI NORRIS was a resident of Jacksonville, Florida.

2. Holly Coins, Inc., d/b/a Middleburg Pawn, was a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code. Holly Coins, Inc. did business within the Middle District of Florida, Jacksonville Division, and elsewhere.

3. Federal law required a federally licensed firearms dealers to keep and maintain a Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Form 4473 every time a firearm was sold or otherwise disposed of, pursuant to Title 18, United States Code, Section 923(g), and Title 27, Code of Federal Regulations, Section 478.124.

4. Question 11.a of ATF Form 4473 required the transferee/ purchaser of a firearm to provide the following information (emphasis in original): "Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.**" ATF Form 4473 further required the transferee/ purchaser to certify that all answers on the 4473 were true and correct.

### B. Charge

On or about July 22, 2007, in Jacksonville, Duval County Florida, in the Middle District of Florida,

SHAMARO SHERRI NORRIS

the defendant herein, in connection with the acquisition of a firearm, specifically, a Spikes Tactical Model ST-15 9 mm pistol, serial number P000146, from Holly Coins, Inc., d/b/a Middleburg Pawn, a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to Holly Coins, Inc., which statement was intended and likely to deceive Holly Coins, Inc. as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant answered "yes" to question 11.a on an ATF Form 4473, "are you the actual buyer of the firearm(s) listed on this form," when in truth and in fact, as the defendant well knew, she not the actual buyer and instead was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

### A. Introduction

The allegations contained in section A of Count One of this Indictment are realleged and incorporated herein.

### B. Charge

On or about July 22, 2007, in Jacksonville, Duval County Florida, in the Middle District of Florida,

SHAMARO SHERRI NORRIS

the defendant herein, in connection with the acquisition of firearms, specifically, a Glock Model 22 .40 caliber pistol, serial number LDV296, and a Glock Model 23 .40 caliber pistol, serial number LFA895, from Holly Coins, Inc., d/b/a Middleburg Pawn, a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to Holly Coins, Inc., which statement was intended and likely to deceive Holly Coins, Inc. as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant answered "yes" to question 11.a on an ATF Form 4473, "are you the actual buyer of the firearm(s) listed on this form," when in truth and in fact, as the defendant well knew, she not the actual buyer and instead was acquiring the firearms on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by this reference for the purpose of alleging

forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. As a result of committing one or more of the offenses in violation of Title 18, United States Code, Section 926(a)(6), alleged in Counts One and Two of this Indictment, defendant SHAMARO SHERRI NORRIS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses, including the following:

(1) a Spikes Tactical Model ST-15 9 mm pistol, serial number P000146;

(2) a Glock Model 22 .40 caliber pistol, serial number LDV296; and

(3) a Glock Model 23 .40 caliber pistol, serial number LFA895.

A TRUE BILL,

_Cathleen C. Cook_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _John J. Sciortino_
JOHN J. SCIORTINO
Assistant United States Attorney

By: _Clay Hahs_
CLAY HAHS
Special Assistant United States Attorney

By: _Ronald T. Henry_
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SHAMARO SHERRI NORRIS

## INDICTMENT

Violations:

Counts 1, 2:   18 U.S.C. §§922(a)(6) and 924 (a)(2)
Forfeiture

A true bill,

_Catherine C. Cook_
Foreperson

Filed in open court this _6th_ day

of December, A.D. 2007.

_Carol G. Holman_
Clerk

Bail $

GPO 863 525